IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ELHADJI NDIAYE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil No. PWG-13-1701** |
| ) | |
| **RUSHERN L. BAKER, III, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STATUS REPORT

COME NOW the Federal Defendants, by and through their counsel, and hereby respectfully provide this status report pursuant to the Court's Order, see Docket Entry No. 35, and in support whereof state as follows:

1. On October 8, 2013, the Federal Defendants moved for a stay of the proceedings in this case in light of the lapse of appropriations to fund the Federal Government. See Docket Entry No. 34.

2. On October 9, 2013, the Court granted in part and denied in part the motion. See Docket Entry No. 35. The Court extended the deadlines for the Federal Defendants' reply brief until November 8, 2013, and ordered that the Federal Defendants file a status report by November 1, 2013. Id.

3. The Federal Defendants now provide a status report as ordered. Specifically, on October 16, 2013, Congress passed, and the President signed, a bill funding the Federal Government, including the Department of Justice.

4. As such, the Government provides notice that it will be able to file its reply brief in this matter by the current deadline of November 8, 2013.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:\_\_\_/s/_____
   Jason D. Medinger (Bar No. 28470)
   Assistant United States Attorney
   36 South Charles Street
   Fourth Floor
   Baltimore, Maryland 21201
   (410) 209-4800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I caused to be mailed, with postage prepaid, a copy of the foregoing status report to Plaintiff as follows:

   Elhadji Ndiaye
   16400 Eves Court
   Bowie, MD 20716

   \_\_\_/s/_____
   Jason D. Medinger
   Assistant United States Attorney
   36 South Charles Street
   Fourth Floor
   Baltimore, Maryland 21201
   (410) 209-4800